# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MARK AUSSIEKER,

      Plaintiff,

    vs.

BONNEVILLE INTERNATIONAL CORPORATION,

      Defendant.

Case No. 3:26-cv-01899-JD
*Assigned to the Honorable James Donato*

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT**

**[Fed. R. Civ. P. 12(b)(6)]**

DATE:    July 2, 2026
TIME:    10:00 a.m.
CTRM:  11, 19TH Floor

1

Defendant Bonneville International Corporation's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) came before the Court for consideration. Having reviewed the motion, the supporting and opposing memoranda, the pleadings on file, and the applicable law, the Court hereby GRANTS Bonneville's motion, and dismisses Plaintiff's complaint with prejudice.

DATED: _____        _____
                              HONORABLE JUDGE
                              JAMES DONATO

BUCHALTER LLP
IRVINE

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS COMPLAINT [FED. R. CIV. P. 12(b)(6)]**                    Case No. 3:26-cv-01899-JD