# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>       Plaintiff,<br><br>   vs.<br><br>BONNEVILLE INTERNATIONAL CORPORATION,<br><br>       Defendant. | Case No. 3:26-cv-01899-JD<br>*Assigned to the Honorable James Donato*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>DATE:   July 2, 2026<br>TIME:   10:00 a.m.<br>CTRM:  11, 19TH Floor |

1

BUCHALTER LLP
IRVINE

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO STAY DISCOVERY PENDING RULING
ON MOTION TO DISMISS**

Case No. 3:26-cv-01899-JD

BUCHALTER 110574797v1

Defendant Bonneville International Corporation's Motion to Stay Discovery Pending Ruling on Motion to Dismiss came before the Court for consideration. Having reviewed the motion, the supporting and opposing memoranda, the pleadings on file, and the applicable law, the Court hereby GRANTS Bonneville's motion. All discovery in this action is hereby stayed pending a final ruling by this Court on Bonneville's pending Motion to Dismiss.

DATED: _____    _____

HONORABLE JUDGE
JAMES DONATO

2

BUCHALTER LLP
IRVINE

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO STAY DISCOVERY PENDING RULING
ON MOTION TO DISMISS**

Case No. 3:26-cv-01899-JD