BUCHALTER LLP
ARTIN BETPERA (SBN:  244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA  92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email:  abetpera@buchalter.com

Attorneys for Defendant
Bonneville International Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>Plaintiff,<br><br>vs.<br><br>BONNEVILLE INTERNATIONAL CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-01899-JD<br>*Assigned to the Honorable James Donato*<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO COINCIDE WITH PENDING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY DISCOVERY** |

Pursuant to Civil Local Rule 6-2, Civil Local Rule 16-2(e), and Paragraph 7 of the Standing Order for Civil Cases Before Judge James Donato, the parties to this action hereby stipulate and respectfully request that the Court enter the accompanying proposed order continuing the Case Management Conference as set forth below.

## STIPULATION

Plaintiff Mark Aussieker ("Plaintiff"), by and through his counsel, and Defendant Bonneville International Corporation ("Defendant"), by and through its counsel, hereby stipulate and agree as follows:

1. Plaintiff filed the instant action on March 4, 2026 (Dkt. No. 1).  In his complaint, Plaintiff asserts two counts under 47 U.S.C. § 227(c)(5) against

Defendant for alleged violations of the Telephone Consumer Protection Act arising out of text messages allegedly sent by Defendant to Plaintiff.

2. On March 25, 2026, this action was reassigned to the Honorable James Donato, who entered a Reassignment Order Setting CMC (Dkt. No. 13), scheduling the initial Case Management Conference for June 18, 2026, at 11:00 a.m., in Courtroom 11, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

3. On May 26, 2026, Defendant filed a Motion to Dismiss Complaint [Fed. R. Civ. P. 12(b)(6)] (Dkt. No. 15) and a Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. No. 16). Both motions are set for hearing on July 2, 2026.

4. Defendant's Motion to Dismiss raises a threshold legal question— whether the private right of action under 47 U.S.C. § 227(c)(5) for "telephone calls" encompasses text messages—that is potentially dispositive of the entire action. The Motion to Stay Discovery seeks to stay all discovery pending the Court's ruling on the Motion to Dismiss. Plaintiff will oppose both motions.

5. Good cause exists to continue the Case Management Conference from June 18, 2026 to July 2, 2026, the date on which the Court is set to hear Defendant's pending motions, for the following reasons:

    a. Consolidating the Case Management Conference with the hearing on Defendant's pending motions would promote judicial economy and efficiency by allowing the Court and the parties to address all outstanding matters in a single hearing, thereby conserving the resources of the Court and the parties.

    b. No party will be prejudiced by this continuance. The requested new date is only fourteen (14) calendar days after the currently scheduled conference date. The continuance will not delay the

resolution of any pending matters, as the motions will proceed on their existing briefing schedule regardless.

6. The parties therefore respectfully request that the Court enter the proposed order continuing the Case Management Conference to July 2, 2026, at 11:00 a.m., and correspondingly adjusting the deadline for the Joint Case Management Statement from June 11, 2026 to June 25, 2026, consistent with the requirement that the joint statement be filed at least seven (7) calendar days prior to the conference.

**SO STIPULATED.**

DATED: June 4, 2026                    BUCHALTER LLP


By:  */s/ Artin Betpera*
        ARTIN BETPERA

        Attorneys for Defendant
        Bonneville International Corporation


DATED: June 4, 2026                    PARONICH LAW PC


By:  */s/ Anthony I. Paronich*
        Anthony I. Paronich

        Attorneys for Plaintiff
        Mark Aussieker

BUCHALTER LLP
IRVINE

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE

Case No. 3:26-cv-01899-JD