BUCHALTER LLP
ARTIN BETPERA (SBN: 244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant
Bonneville International Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>                   Plaintiff,<br><br>        vs.<br><br>BONNEVILLE INTERNATIONAL CORPORATION,<br><br>                   Defendant. | Case No. 3:26-cv-01899-JD<br>*Assigned to the Honorable James Donato*<br><br>**DECLARATION OF ARTIN BETPERA IN SUPPORT OF STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE TO COINCIDE WITH PENDING HEARING ON DEFENDANT'S MOTION TO DISMISS AND MOTION TO STAY DISCOVERY** |

I, Artin Betpera, declare as follows:

1.    I am an attorney at Buchalter LLP and counsel of record for Defendant Bonneville International Corporation ("Defendant") in this action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto. I submit this declaration pursuant to Civil Local Rule 6-2(a) in support of the parties' stipulation to continue the Case Management Conference.

## REASONS FOR THE REQUESTED CONTINUANCE

2.    On March 25, 2026, the Honorable James Donato entered a Reassignment Order Setting CMC (Dkt. No. 13), scheduling the initial Case

Management Conference for June 18, 2026, at 11:00 a.m. 3. On May 26, 2026, Defendant filed a Motion to Dismiss Complaint [Fed. R. Civ. P. 12(b)(6)] (Dkt. No. 15) and a Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. No. 16). Both motions are set for hearing on July 2, 2026.

3.      Defendant's Motion to Dismiss raises a threshold legal question that is potentially dispositive of the entire action— namely, whether the private right of action for "telephone calls" under 47 U.S.C. § 227(c)(5) encompasses text messages. If the Court grants the Motion to Dismiss, the Case Management Conference would be rendered unnecessary. Plaintiff will oppose both motions.

4.      The parties respectfully submit that it would be more economical and efficient for the Court and the parties to consolidate the Case Management Conference with the hearing on the pending motions, so that all three matters can be addressed in a single hearing on July 2, 2026. This would avoid the need for the parties to prepare a Joint Case Management Statement and appear for a conference at a time when critical threshold issues remain unresolved.

## PRIOR TIME MODIFICATIONS

5.      There have been no prior requests to reschedule the Case Management Conference or to modify any other deadlines or hearing dates in this case, whether by stipulation or Court order.

## EFFECT ON CASE SCHEDULE

6.      The requested continuance would move the Case Management Conference from June 18, 2026 to July 2, 2026—a delay of only fourteen (14) calendar days. The deadline for filing the Joint Case Management Statement would correspondingly shift from June 11, 2026 to June 25, 2026, consistent with the requirement that the statement be filed at least seven (7) calendar days prior to the conference.

BUCHALTER LLP
IRVINE

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**                    Case No. 3:26-cv-01899-JD
110789722v1

7.      No other deadlines or scheduled events would be affected. The pending motions will proceed on their existing briefing schedule (oppositions due June 9, 2026; replies due June 16, 2026). Because this is the initial Case Management Conference, no trial date or other case management deadlines have yet been set. The brief continuance will have no material impact on the progression of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 4, 2026, at Irvine, California.



_____

Artin Betpera

BUCHALTER LLP
IRVINE

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**                    Case No. 3:26-cv-01899-JD

110789722v1