# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARK AUSSIEKER,

   Plaintiff,

  vs.

BONNEVILLE INTERNATIONAL
CORPORATION,

   Defendant.

Case No. 3:26-cv-01899-JD
*Assigned to the Honorable James Donato*

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Having considered the parties' Stipulation to Continue Case Management Conference and the Declaration of Artin Betpera filed in support thereof, and good cause appearing therefor:

IT IS HEREBY ORDERED:

1. The Case Management Conference currently scheduled for June 18, 2026, at 11:00 a.m. is CONTINUED to July 2, 2026, at 11:00 a.m. in Courtroom 11, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102.

2. The deadline for the parties to file their Joint Case Management Statement is continued from June 11, 2026 to June 25, 2026.

1

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**    Case No. 3:26-cv-01899-JD

BUCHALTER 110789918v1
110789918v1

BUCHALTER LLP
IRVINE

3.    the Case Management Conference shall be held in conjunction with the hearing on Defendant's Motion to Dismiss Complaint (Dkt. No. 15) and Motion to Stay Discovery Pending Ruling on Motion to Dismiss (Dkt. No. 16).

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE JAMES DONATO
United States District Judge

BUCHALTER LLP
IRVINE

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION TO STAY DISCOVERY PENDING RULING**
**ON MOTION TO DISMISS**

Case No. 3:26-cv-01899-JD

110789918v1