Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Local Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 3:26-cv-01899-JD |
| Plaintiff | **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE LATE OPPOSITIONS** |
| vs. | DATE: July 2, 2026 |
| | TIME: 10:00 a.m. |
| BONNEVILE INTERNATIONAL CORPORATON d/b/a KNCI FM RADIO | CTRM: 11, 19th Floor |
| Defendant. | |

Plaintiff Mark Aussieker respectfully moves for leave to file his Opposition to Defendant's Motion to Dismiss (Dkt. 15) and Opposition to Defendant's Motion to Stay Discovery (Dkt. 16) after the June 9, 2026 filing deadline. Counsel for Plaintiff completed both oppositions on June 1, 2026 as reflected in the below screenshot from Plaintiff's counsel's CRM and Google Drive:

Consistent with that, counsel for the Plaintiff mistakenly believed they had been successfully filed through the Court's CM/ECF system. Counsel did not discover that the filings had not been submitted until June 14, 2026. Upon discovering the error, counsel immediately filed both oppositions, which now appear on the docket as Dkt. Nos. 20 and 21. The delay resulted from inadvertence and excusable neglect, not bad faith. The delay was brief, and Defendant will not be prejudiced

by consideration of the oppositions. Plaintiff is fully amenable to a continuance of the July 2, 2026 hearing date, an extension of Defendant's reply deadline, or any other modification to the briefing schedule the Court deems appropriate to ensure Defendant has a full and fair opportunity to address the oppositions.'

Plaintiff respectfully submits that the interests of justice are best served by resolving Defendant's motions on their merits. Counsel sincerely apologizes to the Court and opposing counsel for this oversight.

Accordingly, pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Plaintiff respectfully requests that the Court find excusable neglect and deem Plaintiff's Opposition to Defendant's Motion to Dismiss (Dkt. 20) and Opposition to Defendant's Motion to Stay Discovery (Dkt. 21) timely filed.

Dated: June 14, 2026               PLAINTIFF, on behalf of himself
                                   and others similarly situated,


                                   /s/ Anthony I. Paronich
                                   Anthony I. Paronich
                                   Paronich Law, P.C.
                                   350 Lincoln Street, Suite 2400
                                   Hingham, MA 02043
                                   (508) 221-1510
                                   anthony@paronichlaw.com