Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Local Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARK AUSSIEKER, individually and on behalf of a class of all persons and entities similarly situated,

Plaintiff

vs.

BONNEVILE INTERNATIONAL CORPORATON d/b/a KNCI FM RADIO

Defendant.

Case No. 3:26-cv-01899-JD

**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE LATE OPPOSITIONS**

DATE: July 2, 2026
TIME: 10:00 a.m.
CTRM: 11, 19th Floor

I, Anthony I. Paronich, declare as follows:

1. I am counsel of record for Plaintiff Mark Aussieker. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. I completed Plaintiff's Opposition to Defendant's Motion to Dismiss and Plaintiff's Opposition to Defendant's Motion to Stay Discovery on June 1, 2026.

3. At the time, I mistakenly believed that both oppositions had been successfully filed through the Court's CM/ECF system.

4. On June 14, 2026, while reviewing the docket, I discovered that the oppositions had not in fact been filed.

5. Upon discovering the error, I immediately filed both oppositions.

6. The failure to file the oppositions by the June 9, 2026 deadline was inadvertent and resulted from my mistaken belief that the filings had already been submitted through CM/ECF.

7. Attached within the motion is a true and correct screenshot from my Google Drive case folder for this matter. The screenshot reflects that the files entitled "Aussieker v. Bonneville (Opposition to Motion to Dismiss)" and

"Aussieker v. Bonneville (Opposition to Motion to Stay)" were present in the case folder and reflected June 1, 2026 modification dates.

8. I promptly notified opposing counsel after discovering the filing error and filing the oppositions.

9. Plaintiff is willing to stipulate to a continuance of the July 2, 2026 hearing date, an extension of Defendant's reply deadline, or any other modification to the briefing schedule the Court deems appropriate to eliminate any potential prejudice arising from the late filing.

10. I sincerely apologize to the Court and opposing counsel for this oversight.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 14, 2026, in Hingham, Massachusetts.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com