Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

*Local Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br><br>BONNEVILE INTERNATIONAL CORPORATON d/b/a KNCI FM RADIO<br><br>       Defendant. | Case No. 3:26-cv-01899-JD<br><br>DATE: July 2, 2026<br>TIME: 10:00 a.m.<br>CTRM: 11, 19th Floor |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION FOR LEAVE TO FILE LATE OPPOSITIONS**

Having considered Plaintiff's Administrative Motion for Leave to File Late Oppositions, the supporting declaration, and the record in this case, the Court finds good cause and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B). IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff's Opposition to Defendant's Motion to Dismiss (Dkt. 20) and Opposition to Defendant's Motion to Stay Discovery (Dkt. 21) shall be deemed timely filed and considered by the Court.

IT IS SO ORDERED.

Dated: _____

_____
JAMES DONATO
United States District Judge