BUCHALTER LLP
ARTIN BETPERA (SBN: 244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant
Bonneville International Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AUSSIEKER,<br><br>Plaintiff,<br><br>vs.<br><br>BONNEVILLE INTERNATIONAL CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-01899-JD<br>*Assigned to the Honorable James Donato*<br><br>**DECLARATION OF ARTIN BETPERA IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE: (1) PLAINTIFF'S LATE-FILED OPPOSITIONS; (2) EXTENSION OF DEFENDANT'S REPLY DEADLINE; (3) LEAVE TO EXCEED PAGE LIMITS ON MOTION TO DISMISS BRIEFS; AND (4) CONTINUANCE OF HEARING AND CASE MANAGEMENT CONFERENCE** |

## DECLARATION OF ARTIN BETPERA

I, Artin Betpera, declare as follows:

1.    I am an attorney licensed to practice law in the State of California (SBN: 244477) and am a partner at Buchalter LLP. I am counsel of record for Defendant Bonneville International Corporation d/b/a KNCI FM Radio ("Defendant") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

**Filing of the Motions and Briefing Schedule**

2.     On May 26, 2026, I filed Defendant's Notice of Motion and Motion to Dismiss Complaint [Fed. R. Civ. P. 12(b)(6)] (Dkt. 15) ("Motion to Dismiss") and Defendant's Notice of Motion and Motion to Stay Discovery Pending Ruling on Motion to Dismiss [Fed. R. Civ. P. 26(c)] (Dkt. 16) ("Motion to Stay") (collectively, the "Motions"). The Motions are set for hearing on July 2, 2026, at 10:00 a.m. before the Honorable James Donato, pursuant to the Court's order.

3.     Under Civil Local Rule 7-3(a), Plaintiff's oppositions to the Motions were due fourteen (14) days after the Motions were filed—i.e., by June 9, 2026. Under Civil Local Rule 7-3(c), Defendant's reply briefs were due seven (7) days after Plaintiff's oppositions were due—i.e., by June 16, 2026.

**Plaintiff's Late-Filed Oppositions**

4.     Plaintiff did not file any oppositions to the Motions by the June 9, 2026 deadline.

5.     On June 14, 2026, Plaintiff filed an Administrative Motion for Leave to File Late Oppositions (Dkt. 22), supported by the Declaration of Anthony I. Paronich (Dkt. 22-1).

6.     On June 14, 2026— the day before Defendant's reply briefs were due under Civil Local Rule 7-3(c)—Plaintiff filed its oppositions to the Motion to Dismiss and the Motion to Stay. Because Plaintiff's oppositions were filed on the day before Defendant's reply briefs were due, Defendant was left with no time to prepare and file its reply briefs.

**Meet and Confer**

7.     Following the filing of Plaintiff's untimely oppositions, I contacted Plaintiff's counsel, Anthony I. Paronich, to discuss the procedural irregularities created by the late filing. Mr. Paronich explained that the failure to timely file the oppositions was a result of inadvertence—specifically, that he had completed the oppositions on June 1, 2026, but mistakenly believed they had been successfully filed

Buchalter LLP
Irvine

**DECLARATION OF ARTIN BETPERA**                    Case No. 3:26-cv-01899-JD
BUCHALTER 110975477v1

through the Court's CM/ECF system, and did not discover the error until after the filing deadline had passed.

8.      In the interests of having the issues raised in the Motions decided on their merits, rather than on procedural grounds, I agreed to stipulate with Plaintiff's counsel to request that the Court accept Plaintiff's late-filed oppositions, provided Defendant is afforded additional time to prepare and file its reply briefs. The Parties agreed that Defendant would have up to and including June 22, 2026, to file its reply briefs.

**Discovery of Page Limit Issue**

9.      In the course of the Parties' meet and confer discussions, we also discovered that both Defendant's opening memorandum of points and authorities in support of the Motion to Dismiss and Plaintiff's opposition memorandum to the Motion to Dismiss exceed the fifteen (15) page limit for opening and opposition briefs established by Paragraph 18 of Judge Donato's Standing Order for Civil Cases. Specifically, Defendant's opening brief is twenty-five (25) pages in length, and Plaintiff's opposition brief is also twenty-five (25) pages in length.

10.     I acknowledge that Defendant should have requested leave to exceed the page limits established by the Standing Order prior to filing the Motion to Dismiss, and I respectfully apologize to the Court for this oversight.

11.     The additional pages in both Parties' briefs are necessary because the Motion to Dismiss presents important and complex issues of statutory interpretation under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. These issues arise in significant part from the Supreme Court's decision last year in *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024), which overruled Chevron deference and fundamentally altered the framework for judicial interpretation of the TCPA's provisions. The additional pages are required so that each Party may fully present the various issues of statutory interpretation, including the proper interpretation of "telephone call" in 47 U.S.C. § 227(c)(5), the impact of *Loper Bright*

on prior circuit precedent, and the application of the Supreme Court's framework in *Wisconsin Central Ltd. v. United States*, 585 U.S. 274 (2018). I respectfully submit that granting leave to exceed the page limits is in the interests of justice, as it will allow the Court to consider full and thorough briefing on these important issues.

**Continuance of Hearing and Case Management Conference**

12.     The Parties also stipulate, to the extent the Court finds it necessary, to continue the July 2, 2026 hearing on the Motions and the Case Management Conference to a later date.

13.     I respectfully inform the Court that I will be unavailable during the period of July 13 through July 20, 2026, due to a pre-planned, pre-paid family vacation. I respectfully request that, should the Court continue the hearing or the Case Management Conference, it set any continued date to avoid that period.

**Good Cause**

14.     Based on the foregoing, I respectfully submit that good cause exists for the Court to enter the Parties' proposed order (a) accepting Plaintiff's late-filed oppositions; (b) extending Defendant's reply deadline to June 22, 2026; (c) granting leave, nunc pro tunc, to file opening and opposition briefs on the Motion to Dismiss of up to twenty-five (25) pages in length; and (d) continuing the July 2, 2026 hearing and Case Management Conference to the extent the Court deems necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2026, in Irvine, California.

/s/ Artin Betpera
ARTIN BETPERA

BUCHALTER LLP
IRVINE

4

DECLARATION OF ARTIN BETPERA                                    Case No. 3:26-cv-01899-JD
BUCHALTER 110975477v1