BUCHALTER LLP
ARTIN BETPERA (SBN: 244477)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: abetpera@buchalter.com

Attorneys for Defendant
Bonneville International Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MARK AUSSIEKER,

　　　　Plaintiff,

　　vs.

BONNEVILLE INTERNATIONAL
CORPORATION,

　　　　Defendant.

Case No. 3:26-cv-01899-JD
*Assigned to the Honorable James Donato*

**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RE: (1) PLAINTIFF'S LATE-FILED OPPOSITIONS; (2) EXTENSION OF DEFENDANT'S REPLY DEADLINE; (3) LEAVE TO EXCEED PAGE LIMITS ON MOTION TO DISMISS BRIEFS; AND (4) CONTINUANCE OF HEARING AND CASE MANAGEMENT CONFERENCE**

## DECLARATION OF ANTHONY I. PARONICH

I, Anthony I. Paronich, declare as follows:

1. I am an attorney admitted to practice before this Court and am a principal at Paronich Law, P.C. I am counsel of record for Plaintiff Mark Aussieker ("Plaintiff") in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

**The Late-Filed Oppositions**

2.     I completed Plaintiff's Opposition to Defendant's Motion to Dismiss and Plaintiff's Opposition to Defendant's Motion to Stay Discovery on June 1, 2026.

3.     At the time, I mistakenly believed that both oppositions had been successfully filed through the Court's CM/ECF system.

4.     I did not discover that the oppositions had not in fact been filed until after the June 9, 2026 filing deadline had passed.

5.     Upon discovering the error, I promptly filed both oppositions. The oppositions were filed on June 14, 2026. I also filed an Administrative Motion for Leave to File Late Oppositions (Dkt. 22) with a supporting declaration (Dkt. 22-1) on June 14, 2026.

6.     The failure to file the oppositions by the June 9, 2026 deadline was inadvertent and resulted from my mistaken belief that the filings had already been submitted through CM/ECF. The late filing was not the result of bad faith.

**Meet and Confer and Stipulation**

7.     Following the filing of the untimely oppositions, I was contacted by Defendant's counsel, Artin Betpera. Mr. Betpera and I met and conferred regarding the procedural issues created by the late filing. In the interests of having the issues raised in Defendant's Motions decided on their merits, the Parties agreed to file the accompanying Joint Stipulation to resolve these procedural irregularities.

**Discovery of Page Limit Issue**

8.     During the course of our meet and confer discussions, the Parties also discovered that both Defendant's opening memorandum of points and authorities in support of the Motion to Dismiss and Plaintiff's opposition memorandum to the Motion to Dismiss exceed the fifteen (15) page limit for opening and opposition briefs established by Paragraph 18 of Judge Donato's Standing Order for Civil Cases. Plaintiff's opposition to the Motion to Dismiss is twenty-five (25) pages in length.

BUCHALTER LLP
IRVINE

2

DECLARATION OF ANTHONY I. PARONICH                Case No. 3:26-cv-01899-JD
BUCHALTER 110975848v1

9. I acknowledge that Plaintiff should have requested leave to exceed the page limits established by the Standing Order prior to filing the opposition to the Motion to Dismiss, and I respectfully apologize to the Court for this oversight.

10. The additional pages in Plaintiff's opposition brief are necessary because the Motion to Dismiss presents important and complex issues of statutory interpretation under the Telephone Consumer Protection Act, 47 U.S.C. § 227, that arise in significant part from the Supreme Court's recent decision in *Loper Bright Enterprises v. Raimondo*, 603 U.S. 369 (2024). The additional pages were required so that Plaintiff could fully address the various issues of statutory interpretation raised in Defendant's Motion to Dismiss.

**Stipulation to Terms**

11. I have reviewed the accompanying Joint Stipulation and agree to its terms, including: (a) the acceptance of Plaintiff's late-filed oppositions; (b) the extension of Defendant's reply deadline to June 22, 2026; (c) leave to exceed page limits on the opening and opposition briefs on the Motion to Dismiss from fifteen (15) to twenty-five (25) pages; and (d) the continuance of the July 2, 2026 hearing and Case Management Conference to the extent the Court deems necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2026, in Hingham, Massachusetts.

/s/ Anthony I. Paronich
ANTHONY I. PARONICH

*Filer's Attestation: The filer of this document hereby attests that the concurrence in the filing of this document has been obtained from all other signatures indicated by a conformed signature /s/.*

/s/ Artin Betpera
ARTIN BETPERA

BUCHALTER LLP
IRVINE

3

DECLARATION OF ANTHONY I. PARONICH                    Case No. 3:26-cv-01899-JD
BUCHALTER 110975848v1