**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

MARK AUSSIEKER,

    Plaintiff,

    vs.

BONNEVILLE INTERNATIONAL CORPORATION,

    Defendant.

Case No. 3:26-cv-01899-JD
*Assigned to the Honorable James Donato*

**PROPOSED ORDER**

**[PROPOSED] ORDER**

Having reviewed the Parties' Joint Stipulation and the supporting Declarations of Artin Betpera and Anthony I. Paronich, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's oppositions to Defendant's Motion to Dismiss (Dkt. 15) and Defendant's Motion to Stay Discovery (Dkt. 16), as filed on June 14, 2026, are deemed filed and accepted by the Court;

2.    Defendant shall have up to and including June 22, 2026, to file its reply briefs in support of the Motion to Dismiss and the Motion to Stay Discovery;

3.    The Parties are granted leave, nunc pro tunc, to exceed the fifteen (15) page limit established by Paragraph 18 of this Court's Standing Order for Civil Cases, and to file opening and opposition briefs on the Motion to Dismiss of up to twenty-five (25) pages in length; and

BUCHALTER LLP
IRVINE

PROPOSED ORDER
BUCHALTER 110977997v1

Case No. 3:26-cv-01899-JD

4.     The July 2, 2026 hearing on the Motion to Dismiss and the Motion to Stay Discovery, and the Case Management Conference, are continued to _____, 2026, at _____a.m./p.m. in Courtroom 11, 19th Floor.

5.     No continuance of the July 2, 2026 hearing or Case Management Conference is necessary.

**IT IS SO ORDERED**.

_____

HONORABLE JAMES DONATO
United States District Judge

PROPOSED ORDER                                            Case No. 3:26-cv-01899-JD
BUCHALTER 110977997v1